# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 178 WAL 2018

       Respondent            :

                                       :    Petition for Allowance of Appeal from

                                       :    the Order of the Superior Court

          v.                    :

                                       :

LAMAR VASHAWN ROZIER,        :

                                       :

       Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.